# 816        Cases Reported with Brief Syllabi.

Edward Stiegelmeyer, Respondent, v. Henry C. Deichmiller and Another, Appellants.— Appeal dismissed unless appellants shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of the Reserve Finance Corporation for the Removal of Louis H. Rosen from Certain Premises in the City of Buffalo.— Appeal dismissed unless appellant shall be ready for argument on October fifth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

The People of the State of New York, Respondent, v. Philip Perlman, Appellant.— Motion granted extending time for argument until first week of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Empire Produce Company and Another, Appellants, v. Harry L. Allen, as Trustee in Bankruptcy, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Martin F. Quinn, Respondent, v. George C. Snell and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Alice S. Christensen, Respondent, v. John Christensen, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Colonial Motor Coach Corporation, Respondent, v. City of Oswego and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Walter W. Buxton, Appellant, v. Bank of Batavia, Respondent.— Order modified so as to vacate only paragraphs 3, 7, 8 and 9 of the notice, and permitting examination as to the balance, and as so modified affirmed, with ten dollars costs and disbursements to appellant. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

The City of Buffalo, Respondent, v. International Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Louis J. Sigl, Inc., Respondent, v. James J. Bresnahan, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Frank McKendry, Respondent, v. Alfred Rehler, Appellant.— Order affirmed; with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Richard Emrich, Respondent, v. The City of Rochester, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Joseph J. Mullen, Respondent, v. The City of Rochester, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Frank J. Pettis, Respondent, v. Phillip Sicilia, Defendant, and Joseph Capitano, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Respondent, v. John T. Hallin

and Another, Appellants.— Judgment affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Respondent, v. John T. Hallin and Another, Appellants.— Judgment affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Tony Hanna, Appellant, v. Edward W. Matthews and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Josephine Baitz, Appellant, v. International Railway Company, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Warren F. Sanderson, Respondent, v. Empire State Railroad Corporation, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Herbert S. Baker, Respondent, v. E. A. Strout Farm Agency, Inc., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Property of John Kane, Deceased, Subject to Taxation under the Taxable Transfer Act, Chapter 60, Article 10, Consolidated Laws.— Motion for reargument granted, to be heard at same time as argument of the appeal from surrogate's order amending notice of appeal. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Herman Holland, as Administrator, etc., of Marguerite Holland, Deceased, Respondent, v. William H. Peterkin, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Roderick Potter and Another, as Executors, etc., of William H. Hotchkiss, Deceased, Appellants, v. City of Buffalo, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Assets Realization Company, Respondent, v. Stephen T. Lockwood and Others, as Executors of Philip W. Roth, Deceased, Appellants.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Maria Coffaro, as Administratrix, etc., of Antonio Coffaro, Deceased, Respondent, v. Queen Insurance Company of America, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Betty Pennock, an Infant, etc., Respondent, v. Rochester Ice Cream Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

Orra Pennock, Respondent, v. Rochester Ice Cream Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

W. Irving Shelp and Another, Respondents, v. William G. Cushman

52